UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kirsten Burns v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12104-DRH |
| *Gloria Chavez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12405-DRH |
| *Gary Cumbie, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11272-DRH |
| *Valorie Dimbleby et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13673-DRH |
| *Kristy Hargrow, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13150-DRH |
| *Veronica Maxwell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12053-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 7, 2013, the above captioned cases are

**DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                        **BY:   /s/*Sara Jennings*
Deputy Clerk**

Dated:  August 7, 2013

Digitally signed by David R. Herndon
Date: 2013.08.07 16:09:27 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT